*Asa Iglehart* and *C. E. Marsh*, for the appellee.

Nov. Term, 1861.

LINTZ
v.
HOYT.

---

### LINTZ v. HOYT and Others.

APPEAL from the *Tippecanoe* Common Pleas.

*Per Curiam.*—Suit by the appellees against the appellant, upon promissory notes. Judgment for the plaintiffs for $1,013.65

The only question in the case is, whether the Court below

Saturday,
*December* 14.

Nov. Term,
1861.

had jurisdiction of the amount involved. The suit was brought after the act of 1859 took effect. That the Court had jurisdiction, was settled by this Court at the last term. *Vide Kiger* v. *Franklin*, 15 Ind. 102.

The judgment is affirmed, with 1 per cent. damages and costs.

*H. W. Chase* and *J. A. Wilstach*, for the appellants.

*W. H. Coombs*, for the appellees.